IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID LYNN PORTERFIELD                                              PLAINTIFF

vs.                              Civil No. 4:14-cv-04080

CAROLYN W. COLVIN                                                   DEFENDANT
Commissioner, Social Security Administration

### **J U D G M E N T**

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 27th day of April 2015.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE